```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 EL DORADO DIVISION
```

LONNIE LYNN MILLER                                          PLAINTIFF

    V.                  Civil No. 10-1039

KEN JONES and DR. SEALE                                    DEFENDANTS

## O R D E R

On this 12th day of September 2011, there comes on for consideration the report and recommendation filed in this case on August 22, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 36). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```

AO72A
(Rev. 8/82)